UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CARLOS ANDRES MOSQUERA                                              PETITIONER

V.                                               CIVIL ACTION NO. 3:24-CV-640-KHJ-MTP

WARDEN                                                              RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment. The Court dismisses without prejudice pro se Petitioner Carlos Andres Mosquera's [1] Petition for Writ of Habeas Corpus. This case is closed.

SO ORDERED AND ADJUDGED, this 16th day of July, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE